## ROBERT INNIS AND ROBERT GRANT
### v.
## JACOB VISGER

### 1810

#### JOURNAL ENTRIES

1. Rule to bring body . . . . . . . . *Journal, infra,* *p. 322
2. Declaration filed; rule to plead; continuance . . . .   "    323
3. Discharge from custody; declaration filed; rule to plead .   "    328
4. Liability confessed; judgment . . . . . . . .   "    349

PAPERS IN FILE
[None]